HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JASON S. WYMER, STORMY MOLLISSA AVERS, aka Stormy Myers, and JOLENE DAVIS, <br> Defendants. | No. 2:13-cr-0086 MCE <br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br> DATE:  November 14, 2013 <br> TIME:  9:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney; defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant STORMY MOLLISSA AVERS, by and through her counsel, JAN DAVID KAROWSKY; and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY that the status conference set for August 15, 2013 be continued to November 14, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 14, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 9, 2013          HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for JASON W. WYMER

                               /s/ Benjamin Galloway for
                               JAN DAVID KAROWSKY
                               Attorney for STORMY MOLLISSA AVERS

                               /s/ Benjamin Galloway for
                               KRESTA NORA DALY
                               Attorney for JOLENE DAVIS

DATED: August 9, 2013          BENJAMIN WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MATTHEW G. MORRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including November 14, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 15, 2013 status conference shall be continued until **November 14, 2013, at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3