HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:13-CR-00086 MCE |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JASON S. WYMER, STORMY MOLLISSA AVERS, aka Stormy Myers, and JOLENE DAVIS, | ) | DATE:   September 25, 2014<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney and defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant STORMY MOLLISSA AVERS, by and through her counsel, JAN DAVID KAROWSKY; and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY that the status conference set for July 31, 2014 be continued to September 25, 2014 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter. In addition, defendants WYMER and AVERS are working to simultaneously resolve a related matter now pending in Sacramento County Superior Court.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 25, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 16, 2014                          Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Benjamin Galloway*
                                              BENJAMIN GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JASON S. WYMER

                                              */s/ Jan David Karowsky*
                                              JAN DAVID KAROWSKY
                                              Attorney for Defendant
                                              STORMY MOLLISSA AVERS

                                              */s/ Kresta Nora Daly*
                                              KRESTA NORA DALY
                                              Attorney for Defendant
                                              JOLENE DAVIS

DATED: July 16, 2014                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Matthew Morris*
                                              MATTHEW MORRIS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 25, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the July 31, 2014 status conference shall be continued until September 25, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT