Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOLENE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON WYMER, STORMY AVERS AND JOLENE DAVIS,<br><br>    Defendant. | Case No. 2:13-CR-00086 MCE<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Matthew Morris, Assistant United States Attorney, and defendant, Jason Wymer, through his counsel, Ben Galloway, defendant Stormy Avers through her counsel Jan Karowsky, and defendant Jolene Davis through her counsel Kresta Daly, that:

1. By previous court order this case was set for status conference on March 12, 2015;

2. Defendants now move to continue this matter to May 7, 2015 pursuant to a T4 exclusion as to all defendants. An exclusion under Local Code C is appropriate as to defendants Wymer and Avers as there are charges currently pending against both defendants in Sacramento County. A Trial Readiness Conference is set for April 15, 2015. Trial is set for May 5, 2015. The prosecution does not object to this request.

3. The parties stipulate and request the Court make the following findings:

   a. The reason for the continuance as to all defendants is to allow the parties and

1         their lawyers to investigate, review discovery and examine possible defenses.

2    b. Defendants Wymer and Avers also request additional time because of their

3         need to defend against the charges currently pending in Sacramento County.

4    c. Progress on the defense investigation is being made but all counsel require

5         additional time to effectively prepare.

6    d. Counsel for the defendants believe that failure to grant them the above

7         requested additional time would deny them reasonable time necessary for

8         effective preparation, taking into account due diligence.

9    e. The government does not object to a continuance.

10    f. Based on the above stated findings the ends of justice served by continuing the

11         case outweigh the interests of the public and the defendants in a Speedy Trial.

12    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

13         3161, et seq., within which trial must commence, the time period of March 12,

14         2015 through May 7, 2015 inclusive, is deemed excludable pursuant to 18

15         U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] as to all defendants because it

16         results from a continuance granted by the Court at defendants' request on the

17         basis of the Court's finding that the ends of justice served by taking such action

18         outweigh the interests of the defendants and the public in a speedy trial.  Time

19         is further excludable as to defendants Wymer and Avers pursuant to 18 U.S.C.

20         §3161(h)(1)() [Local Code C].

21    h. Nothing in this stipulation and order shall preclude a finding that other

22         provisions of the Speedy Trial Act dictate that additional time periods are

23         excludable from the period.

24 IT IS SO STIPULATED.

25 ///

26 ///

27 ///

28 ///

Barth Daly LLP
Attorneys At Law
Sacramento, California

| | | |
|---|---|---|
| 1 | Dated: March 5, 2015. | Respectfully submitted, |
| 2 | | By   /s/ Kresta Nora Daly |
| 3 | | BENJAMIN GALLOWAY<br>Attorneys for JASON WYMER |
| 4 | | |
| 5 | Dated: March 5, 2015. | Respectfully submitted, |
| 6 | | |
| 7 | | By   /s/ Kresta Nora Daly<br>JAN D. KAROWSKY<br>Attorneys for STORMY AVERS |
| 8 | | |
| 9 | | |
| 10 | Dated: March 5, 2015. | Respectfully submitted,<br>BARTH DALY LLP |
| 11 | | |
| 12 | | By   /s/ Kresta Nora Daly<br>KRESTA NORA DALY<br>Attorneys for JOLENE DAVIS |
| 13 | | |
| 14 | | |
| 15 | Dated: March 5, 2015 | By   /s/ Kresta Nora Daly for<br>MATTHEW MORRIS,<br>Assistant United States Attorney |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including May 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4

1  (reasonable time for counsel to prepare) as to all defendants.  Time shall further be excluded
2  pursuant to 18 U.S.C. §3161(h)(1)(B) [Local Code C] as to defendants Wymer and Avers only.  It
3  is further ordered that the March 12, 2015 status conference shall be continued until May 7, 2015,
4  at 9:00 a.m.
5       IT IS SO ORDERED.
6  Dated:  March 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT