HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JASON S. WYMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:13-cr-086 MCE |
| Plaintiff, ) | |
| ) | **AMENDED** STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| JASON S. WYMER, and JOLENE DAVIS, ) | |
| ) | DATE:  November 20, 2015 |
| Defendants. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant JASON S. WYMER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender and defendant JOLENE DAVIS, by and through her counsel, KRESTA NORA DALY, that the status conference set for November 20, 2015 be continued to January 7, 2016 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case, and to negotiate a resolution to this matter. In addition, a jury trial is expected to commence in the next several days in the state prosecution of defendants Wymer and Avers for conduct at issue in this case. The parties seek to trail the federal case to facilitate resolution following the outcome of the state jury trial.

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 7, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 1, 2015              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Benjamin Galloway*
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JASON S. WYMER

                                     */s/ Kresta Nora Daly*
                                     KRESTA NORA DALY
                                     Attorney for Defendant
                                     JOLENE DAVIS

DATED: December 1, 2015              BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Matthew Morris*
                                     MATTHEW MORRIS
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.  Time from the date the parties stipulated, up to and including January 7, 2016, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the November 20, 2015 status conference shall be continued until January 7, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT