Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOLENE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOLENE DAVIS, <br><br> Defendant. | Case No. 2:13-CR-00086 MCE <br><br> **STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated and agreed to between the United States of America through Matthew Morris, Assistant United States Attorney, and defendant Jolene Davis through her counsel Kresta Daly, that:

1. By previous minute order this case was set for status conference on June 24, 2016;
2. Defendant now moves to continue this matter to July 8, 2016 pursuant to a T4 exclusion. The prosecution does not object to this request.
3. The parties stipulate and request the Court make the following findings:
   a. The reason for the continuance is to allow defendant and her lawyer to investigate, review discovery and examine possible defenses.
   b. Progress on the defense investigation is being made but counsel requires additional time to effectively prepare.
   c. Counsel for the defendant believes that failure to grant the above requested

1  additional time would deny her the reasonable time necessary for effective
2  preparation, taking into account due diligence.
3   d. The parties are actively engaged in plea negotiations.
4   e. The government does not object to a continuance.
5   f. Based on the above stated findings the ends of justice served by continuing the
6  case outweigh the interests of the public and the defendant in a Speedy Trial.
7   g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  et seq., within which trial must commence, the time period of June 24, 2016 to
9  July 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§
10  3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance
11  granted by the Court at Ms. Davis' request on the basis of the Court's finding that
12  the ends of justice served by taking such action outweigh the interests of the
13  defendant and the public in a speedy trial.
14   h. Nothing in this stipulation and order shall preclude a finding that other provisions
15  of the Speedy Trial Act dictate that additional time periods are excludable from the
16  period.

IT IS SO STIPULATED.

Dated:  June 23, 2016.                    Respectfully submitted,
                                          BARTH DALY LLP

                                          By    /s/ Kresta Nora Daly
                                              KRESTA NORA DALY
                                              Attorneys for JOLENE DAVIS


Dated:  June 23, 2016.                    By    /s/ Kresta Nora Daly for
                                              MATTHEW MORRIS,
                                              Assistant United States Attorney

{00019269}

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders that the time from the date of the parties' stipulation, up to and including July 8, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 24, 2016 status conference shall be continued until July 8, 2016, at 9:00 a.m.

Dated: June 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge