Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
JOLENE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00086-GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| JOLENE DAVIS, | |
| Defendant. | Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Matthew Morris, and defendant, Jolene Davis, by and through her counsel, Kresta Nora Daly, that the status conference set for September 30, 2016 be vacated.  The parties request a new status conference for October 28, 2016.

The defense requires additional time to investigate and consult with Ms. Davis which is complicated by the fact that she is housed in Nevada City.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

{00020150}

STIPULATION AND [PROPOSED] ORDER             -1-             [Case No. 2:13-CR-00086-GEB]

| | | |
|---|---|---|
| Dated: September 27, 2016 | | Respectfully submitted, |
| | | BARTH DALY LLP |
| | | By  /s/ Kresta Nora Daly |
| | | KRESTA NORA DALY |
| | | Attorneys for DANIEL BONNETT |
| | | |
| Dated: September 27, 2016 | | By  /s/ Kresta Nora Daly for |
| | | MATTHEW MORRIS |
| | | Assistant United States Attorney |

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of September 30, 2016 is vacated. A status conference will be reset for October 28, 2016. The Court finds excludable time through October 28, 2016 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**Dated: September 27, 2016**

GARLAND E. BURRELL, JR.
Senior United States District Judge