| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>JOLENE DAVIS,<br><br>                 Defendant. | No. 2:13-cr-00086-GEB<br><br>**ORDER DENYING PROBATIONER JOLENE DAVIS'S MOTION FOR RELEASE FROM PROBATION AND DIRECTING CLERK'S OFFICE TO RETURN THE REQUEST TO MS. DAVIS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Federal probationer Jolene Davis mailed chambers a letter dated July 8, 2018, and additional reference letters. Ms. Davis requests in the letter to be released from probation. However, this request should have been made to the assigned probation officer. See generally, United States v. Wolf Child, 699 F.3d 1082, 1095 (9th Cir. 2012) (acknowledging that the District Judge has authority to delegate to the Probation Officer discretion to enable "a defendant . . . to engage in certain types of activities with permission from [the] probation officer . . . "); United States v. Bernardine, 237 F.3d 1279, 1283 (11th Cir. 2001) (indicating that the Probation Officer "is an arm of the court [and] is a liaison between the sentencing court ... and the defendant . . . [on] supervised release . . . ") (internal quotes omitted) (citing United States v. Ruiz, 580 F.2d 177, 178 (5th Cir. 1978). Therefore, the request has not been shown ripe for judicial consideration, and is denied because no

1

concrete controversy has been presented for judicial decision.

Further, the Clerk of the Court shall return to Ms. Jolene Davis the referenced letters she mailed to chambers.

Dated: July 12, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge